UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| HERBERT EUGENE CLIFTON | CASE NO. 07-11670 |
| BONITA MARIE CLIFTON | CHAPTER 7 |
| DEBTOR(S). | |

**NOTICE OF DEPOSIT SMALL DIVIDENDS**

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #9 of Satewide Credit Assoc.
> Account number: 1796203
> Claimed amount: $12.59
> Pro rata distribution: $0.80
>
> Claim #14 of RJM Acquisitions LLC
> Account number: 18135680359
> Claimed amount: $31.69
> Pro rata distribution: $2.02
>
> Claim #49 of Credit Solutions
> Account number: 1582
> Claimed amount: $61.14
> Pro rata distribution: $3.89

**TOTAL AMOUNT OF ALL CLAIMS: $6.71**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  March 22, 2011

/s/ Mark A. Warsco
Mark A. Warsco, Trustee
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 469-0256
e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 22, 2011:

EARL RASKOSKY
eraskosky@raskosky.net

Office, U.S. Trustee
USTPREGION10.SO.ECF@USDOJ.GOV

STATEWIDE CREDIT ASSOCIATION, INC
(Lane Bryant)
6640 INTECH BLVD, SUITE 200
INDIANAPOLIS, IN 46278

RJM Acquisitions LLC
Assignee of Bookspan/Doubleday Bookclubs
575 Underhill Blvd. Ste 224
Syosset, New York 11791

CREDIT SOLUTIONS LLC
P 0 BOX 625
METAIRIE, LA 70004-0605

/s/  Mark A. Warsco
Mark A. Warsco, Trustee